# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| vs. | : | NO. 14-0614 |
| EMANUEL BROWN | : | |

## O R D E R

**AND NOW,** this 26th day of October, 2017, upon careful consideration of the defendant's motion "pursuant to Hazel-Atlas Glass Company v. Hartford-Empire Company" (Document #7), and the government's response thereto (Document #10), IT IS HEREBY ORDERED that the motion is DISMISSED for lack of jurisdiction.

                                      BY THE COURT:

                                      */s/ Lawrence F. Stengel*
                                      LAWRENCE F. STENGEL, C. J.